IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BRANDON LEE SMITH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 7:08-cv-60(HL) |
| ROLAND BROWN and SONJA BRADLEY[1], | : |
| Defendants. | : |

_____

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Richard L. Hodge, entered August 25, 2009 (Doc. 38), in which the Magistrate Judge recommends that the Motions for Summary Judgment filed by Defendant Sonja Bradley (Doc. 21) and Defendant Roland Brown (Doc. 28) be granted. Plaintiff Brandon Lee Smith has not filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1).

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation. Defendants' Motions for Summary Judgment (Docs. 21 and 28) are **GRANTED**.

**SO ORDERED**, this the 24th day of September, 2009.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

mbh

---

[1] The proper names of the defendants are Roland Brown and Sonja Bradley.